FICKLEN *v.* MAYOR AND COUNCIL OF WASHINGTON *et al.*

HILL, J. A writ of mandamus absolute was granted, and a bill of exceptions was filed, assigning error thereon; but it does not appear that a supersedeas was obtained pending the bringing of the case to this court. *Held:*

1. That the mandamus absolute was binding on the respondent until reversed, set aside, or modified; and there was no error in adjudging him to be in contempt for refusing to obey it. *Russell* v. *Mohr-Weil Lumber Co.,* 102 *Ga.* 563 (29 S. E. 271).

2. The judgment granting the mandamus absolute having been reversed (*Ficklen* v. *Washington,* ante), it is directed that on return of the remittitur the judgment in this case adjudging the plaintiff to be in contempt be vacated.

*Judgment affirmed, with direction. All the Justices concur.*

FEBRUARY 27, 1914.

Mandamus. Before Judge Walker. Wilkes superior court. June 14, 1913.

*Colley & Colley* and *J. M. Pitner,* for plaintiff in error.

*William Wynne, W. A. Slaton,* and *S. H. Sibley,* contra.